UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDREW S VAIL, | Case No.: 3:24-cv-00072-ART-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 13 |
| WASHOE COUNTY, et al., | |
| Defendants | |

Plaintiff has filed a motion regarding the court's notice of intent to dismiss pursuant to Federal Rule of Civil Procedure 4(m), (ECF No. 10). (ECF No. 13.) Although the motion clearly concerns the Rule 4(m) notice, the court cannot discern what relief Plaintiff seeks. Therefore, the motion is denied.

Regardless, Plaintiff has still not provided proof of service for the Defendants in this case. Pursuant to the court's notice of intent to dismiss pursuant to 4(m), Plaintiff has until **Wednesday, April 30, 2025**, to provide proof of service. (ECF No. 10.)

**IT IS SO ORDERED**.

Dated: April 22, 2025

_____
Craig S. Denney
United States Magistrate Judge