UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDREW S. VAIL,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>WASHOE COUNTY, et al.,<br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-00072-ART-CSD<br><br>ORDER |

　　　　The Complaint in this action was filed on December 30, 2024 (ECF No. 8). The Court issued a notice of intent to dismiss Washoe County and Darin Balaam under Fed. R. Civ. P. 4(m) unless proof of service is filed by April 30, 2025. (ECF No. 10.)  To date, no such proof of service has been filed.

　　　　Accordingly, it is therefore ordered that the claims against Washoe County and Darin Balaam are dismissed without prejudice.

　　　　The Clerk of Court is directed to close the case accordingly.

　　　　DATED this 10th day of June 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Anne R. Traum
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1